FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2018 NOV 26 PM 1:28

DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

AMANDA ALBINO,

    Plaintiff,

vs.

WYNDHAM VACATION OWNERSHIP, INC.,

    Defendant.

CASE NO. 6:18-CV-2026-ORL-28-KRS

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, WYNDHAM VACATION OWNERSHIP, INC. ("Defendant"), by and through its undersigned counsel and in accordance with the Federal Rules of Civil Procedure and Title 28, United States Code, §§1331, 1441, and 1446, hereby files this Notice of and Petition for Removal of this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this action is based upon the following:

    1.    On or about October 17, 2018, Plaintiff, Amanda Albino ("Plaintiff") filed a Complaint which was captioned "*Amanda Albino v. Wyndham Vacation Ownership, Inc.*" (the "Circuit Court Case"). The Circuit Court Case was assigned Case No. 2018-CA-11335-O. A true and correct copy of the Complaint filed in the Circuit Court Case, along with copies of all other process, pleadings, and orders served upon Defendant, *see* 28 U.S.C. § 1446(a), are being filed simultaneously herewith.

2. Defendant was served with the Complaint on or about November 5, 2018. As such, this Notice has been filed within thirty (30) days after service of the Complaint and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

3. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all adverse parties in this action and has filed a copy of this Notice in the Circuit Court Case.

4. The United States District Court for the Middle District of Florida includes the judicial county in which Plaintiff filed her Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. §1441(a).

5. The Complaint seeks relief for alleged violations of the Family Medical Leave Act of 1993, as amended, *29 U.S.C. §§2601, et seq.* ("FMLA").

6. Because Plaintiff has asserted claims under the FMLA, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331.

7. Moreover, this Court has supplemental jurisdiction over the additional claims in the Complaint brought under the Orange County Civil Rights Ordinance ("OCCRO"), because the OCCRO claims are so related to the FMLA claims within the original jurisdiction of this Court that they form part of the same case or controversy under Article III of the United States Constitution.

WHEREFORE, Defendant, WYNDHAM VACATION OWNERSHIP, INC., respectfully removes this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida.

DATED this 26th day of November, 2018.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

By: _____
Stephanie L. Adler-Paindiris
Florida Bar No. 0523283
stephanie.adler-paindiris@jacksonlewis.com

Amanda A. Simpson
Florida Bar No. 0072817
amanda.simpson@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2018, the foregoing was furnished by U.S. Mail to Carlos V. Leach, Esquire, The Leach Firm, P.A., 1950 Lee Road, Suite 213, Winter Park, FL 32789.

_____
Amanda S. Simpson

4841-6383-4746, v. 1