DocuSign Envelope ID: DFF8670D-1242-4122-9A97-814202F0B7F3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMANDA ALBINO,

    Plaintiff,

vs.                                CASE NO. 6:18-cv-2026-Orl-28-LRH

WYNDHAM VACATION OWNERSHIP,
INC.,

    Defendant.

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff AMANDA ALBINO and Defendant, WYNDHAM VACATION OWNERSHIP, INC., by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a) on the grounds that the parties have entered into and executed a Confidential Settlement Agreement and General Release, whereby all of the pending claims in this cause have been compromised and fully resolved. Accordingly, each party shall bear their own attorneys' fees and costs.

DATED this 1 day of July, 2019.

*August*

|  |  |
|---|---|
| Telephone:<br>Facsimile: | JACKSON LEWIS LLP<br>390 North Orange Avenue, Suite 1285<br>Post Office Box 3389<br>Orlando, Florida 32802-3389<br>Telephone: (407) 246-8440<br>Facsimile: (407) 246-8441 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: | By: |

13