UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMANDA ALBINO,

    Plaintiff,

v.                                      Case No: 6:18-cv-2026-Orl-28LRH

WYNDHAM VACATION OWNERSHIP, INC.,

    Defendant.

## ORDER

In light of the Joint Stipulation for Dismissal with Prejudice (Doc. 22), the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on August 2, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record